# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 20-03001-01-CR-S-SRB |
| ROBERT L. ROBINSON, III, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #116) to deny Defendant's Motion for Leave to File Motion to Suppress Out of Time (Doc. #108). Defendant timely filed Objections to the Report and Recommendation. (Doc. #117.) The Government did not file any Objections.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's Objections (Doc. #117) and ADOPTS Judge Rush's Report and Recommendation (Doc. #116). It is ORDERED that the Report and Recommendation be attached to and made a part of this Order. Defendant's Motion for Leave to File Motion to Suppress Out of Time (Doc. #108) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2021