IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-03001-01-CR-S-SRB |
| ) | |
| ROBERT L. ROBINSON, III, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #134) to deny Defendant's Motion for Enlargement of Time in Which to File Pretrial Motions (Doc. #131). The Government and Defendant did not file any Objections. After an independent and careful review of the record and the applicable law, the Court ADOPTS Judge Rush's Report and Recommendation (Doc. #134). It is ORDERED that the Report and Recommendation be attached to and made a part of this Order. Defendant's Motion for Enlargement of Time in Which to File Pretrial Motions (Doc. #131) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2021